UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TEON BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:23-cv-2451-DWD |
| | ) |
| CLAUDE OWIKOTI, NATALIE | ) |
| GALEENE, and TERESA | ) |
| GLENDENNING, | ) |
| | |
| Defendants. | |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

This matter is before the Court to address Plaintiff's lack of participation in this case. To date, Plaintiff has failed to respond to discovery requests and two Court orders, including the Show Cause Order entered by the Court on April 7, 2025. (Doc. 62).

On March 17, 2025, Defendants filed a Motion to Compel. (Doc. 60). According to the Motion to Compel, Defendants served Plaintiff with discovery requests on September 17, 2024. After Plaintiff failed to respond, Defendants sent good faith letters on January 24, 2025 and December 12, 2024. Plaintiff did not respond to Defendants' letters.

The Court ordered Plaintiff to file a response to the Motion to Compel on or before April 2, 2025. (Doc. 61). The Court warned Plaintiff that failure to participate in discovery and/or comply with court orders could result in having this case dismissed for lack of

prosecution and/or as a sanction. Plaintiff did not respond to the Court's order.

On April 7, 2025, the Court entered an Order to Show Cause. (Doc. 62). Plaintiff was ordered to respond on or before April 14, 2025. Plaintiff was warned that failure to respond would result in this case being dismissed. To date, Plaintiff has not responded or otherwise communicated with the Court.

The Court finds that Plaintiff has failed to comply with its orders, failed to participate in the discovery process, and failed to prosecute this matter. Consequently, this matter is **DISMISSED** with prejudice pursuant to Federal Rules of Civil Procedure 37(b), 37(d), and 41(b). *See generally James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

**IT IS SO ORDERED**.

**DATED: April 29, 2025**

s/David W. Dugan  
**DAVID W. DUGAN**  
**United States District Judge**